**Molnar Law Office**
**319 W. Simpson, Mailbox 213,**
**Tucson, Arizona 85701**
**TEL: (520) 501-4272**
**EMAIL: cmolnar@cmolnarlaw.com**
*CORRINNA MOLNAR, SB#028687*
**Attorney for Cristian Mercado**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Cristian Mercado,<br><br>                    Defendant. | 4:24-cr-00928-AMM-LCK<br><br>**SENTENCING MEMORANDUM** |

COMES NOW, Cristian Mercado, by and through undersigned counsel, respectfully provides the Court with the attached Sentencing Memorandum. This Memorandum is offered pursuant to 18 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220 (2005).

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

Molnar Law Office

Corrinna O. Molnar
Counsel for Cristian Mercado

1

## SENTENCING MEMORANDUM

On October 31, 2024, Mr. Mercado will appear before this Court for sentencing having pled guilty to Smuggling Goods from the United States and Felony Receipt of a Firearm. Mr. Mercado falls into Criminal History Category I. The plea agreement provides for an adjusted offense level of 17. As such, the range Mr. Mercado faces is 24-30 months. The plea agreement caps the sentence at the "lower end" of the guideline range and leaves the Court discretion to vary downwards.

The Presentence Report (PSR) recommends a sentence of 16 months of imprisonment followed by 3 years of supervised release. For all the reasons discussed in this memorandum, Mr. Mercado requests that the Court sentence him to 196 days, with 196 days presentence incarceration credit, followed by 3 years of supervised release.

Overall, the PSR gives an accurate summary of Mr. Mercado's life history. Most notable is the fact that Mr. Mercado did not have a father involved in his rearing. This is something that he laments as he felt the absence of a father while growing up.

His mother and grandparents worked hard to raise him and instilled in him a strong work ethic. This work ethic is reflected in Mr. Mercado's work history. He has maintained employment most of his adult life.

Adulthood began at an early age and defense counsel recently noted this fact to Mr. Mercado. Mr. Mercado had not given much thought to this but appeared pensive at defense counsel's observation. Mr. Mercado seemed to have been raised with the idea of self-

sufficiency and work ethic taking priority.  He perhaps took these ideals too literally, and he moved out of his childhood home at the age of 16.

By the age of 16, Mr. Mercado was employed full-time and had a long-time girlfriend.  While some may find this commendable, he inadvertently cut his childhood short.  Along with that, his development and maturity were also cut short.

It is common knowledge now that the mid to late teen years are especially important years for children.  Society regulates sexual relationships, drug and alcohol use, voting, and any number of things because of the maturity and development that must occur for children during their teenage years.  These vital years need nurturing and care.

Instead, Mr. Mercado was playing at adulthood.  However, his development of substance abuse and mental health issues manifested amid all that.  This seems an unsurprising result, especially given Mr. Mercado's location in a border town.

Despite his substance abuse, Mr. Mercado managed to maintain steady employment and a long-term relationship with his former partner.  The relationship began in elementary school, and the pair had consistently been together since high school.  They were "high-school sweethearts." This relationship produced a child, Mr. Mercado's son.

When the relationship ended, Mr. Mercado went into a tailspin.  He was extremely depressed and anxious.  The substance abuse evolved to the use of methamphetamine and fentanyl.

This drug use created a snowball effect where Mr. Mercado's choices started changing.  He began associating with negative peers, including family members from

whom he had always kept his distance. Those peers then asked Mr. Mercado to smuggle a firearm and ammunition into Mexico for one of Mr. Mercado's uncles.

Had he not been under the influence of drugs and in such a dark state of mind, Mr. Mercado would have never agreed to do such a task. But the choices he made led him to accept the request and he was promptly arrested.

Mr. Mercado makes no excuses for his conduct. He is fully aware that he led himself down a destructive path and holds only himself accountable for all it.

Mr. Mercado also acknowledges that he made mistakes while in treatment at Community Bridges. He regrets not adhering to the rules more closely because he would have liked to have completed the program successfully. Mr. Mercado had spent several weeks at the program and was learning a lot about himself. He was nearly finishing the treatment when he was terminated unsuccessfully.

The treatment was having success for Mr. Mercado, despite his violations. Mr. Mercado consistently tested negative on drug tests during his treatment. He learned about his codependent personality traits and learned different coping mechanisms for triggers.

While in custody, Mr. Mercado has continued educating himself and uses his time as wisely as possible. Defense counsel will be providing the court with numerous certificates of courses that Mr. Mercado completed while in custody.

Mr. Mercado is optimistic about his future and has a plan in place. He is fortunate to have a supportive family to help him with his plan. He wants to move in with his sister in Tucson, Arizona. This will help him get a "fresh" start and keep himself away from old

negative peers and habits.  That fresh start includes employment and a bigger city with more opportunities for substance abuse or mental health treatment, should he need it.

In closing, the Defense believes that the mitigation in this case justifies a variance from the guidelines.  Mr. Mercado is in a much healthier state of physical and mental health.  He will excel at supervised release, and the 196 days of incarceration have been the wake-up call he needed.  As such, the Defense respectfully requests a sentence of time-served, followed by 3 years of supervised release.

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

Molnar Law Office

_____
Corrinna O. Molnar
Counsel for Cristian Mercado

Defendant's Language:  English.